UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY O. HANKINS, SR<br>Plaintiff, | )<br>)<br>) | |
| v. | ) | **JUDGMENT** |
| | ) | 7:20-CV-179-FL |
| THE UNITED STATES<br>Defendant. | )<br>)<br>) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 27, 2021, and for the reasons set forth more specifically therein, that this action is DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on September 27, 2021, and Copies To:**
Timothy O. Hankins, Sr. (via US Mail) 730 Main Street, #141, Myrtle Beach, SC 29582

September 27, 2021          PETER A. MOORE, JR., CLERK

                              /s/ Sandra K. Collins
                              (By) Sandra K. Collins, Deputy Clerk